UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT L. WILSON

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

SCOTT L. WILSON

    Respondent(s)

CHAPTER 13

CASE NO: 4-15-04900-RNO

## CERTIFICATION OF DEFAULT

AND NOW on December 30, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of December 30, 2019, the Debtor(s) is/are $3081.86 in arrears with a plan payment having last been made on Nov 29, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: December 30, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT L. WILSON     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 4-15-04900-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 30, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

PAUL W McELRATH, JR, ESQUIRE     SERVED ELECTRONICALLY
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA 15210-

SCOTT L. WILSON     SERVED BY 1ST CLASS MAIL
1865 SALEM SCHOOL HOUSE ROAD
UNITYVILLE, PA 17774

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2019     Respectfully submitted,
    Liz Joyce
    for Charles J. DeHart, III, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    eMail: dehartstaff@pamd13trustee.com