```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04900-RNO
Scott L. Wilson                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4            User: MichaelMc            Page 1 of 1              Date Rcvd: Dec 31, 2019
                                Form ID: pdf010            Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db             +Scott L. Wilson,    1865 Salem School House Road,    Unityville, PA 17774-9220
4721645        +Chase Card,    201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
4731169        +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4731172        +Rushmore Loan,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
4721646        +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
4721648        +Wff Auto,   Po Box 29704,    Phoenix, AZ 85038-9704
4764503        +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4721643        +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 31 2019 19:01:45      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
4721644        +E-mail/Text: nailda@centralcreditaudit.com Dec 31 2019 19:01:52     Central Credit Audit,
                 100 N 3rd St,    Sunbury, PA 17801-2367
4731170         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 19:06:55
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
4753673         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 19:06:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4731171         E-mail/Text: bnc-quantum@quantum3group.com Dec 31 2019 19:01:37     Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
4726366         E-mail/Text: bnc-quantum@quantum3group.com Dec 31 2019 19:01:37
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
4721647        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 31 2019 19:00:34
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Rushmore Loan Management Services LLC
4731166*       +Cbe Group,   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
4731167*       +Central Credit Audit,    100 N 3rd St,    Sunbury, PA 17801-2367
4731168*       +Chase Card,    201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
4731173*       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
4731174*       +Wff Auto,   Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                  TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Paul W McElrath, Jr.   on behalf of Debtor 1 Scott L. Wilson ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Scott L. Wilson**

**Debtor 1**

Chapter: 13

Case No.: 4:15-bk-04900-RNO

**Charles J DeHart, III (Trustee)**

vs.  Movant(s)

**Scott L. Wilson**

Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

December 31, 2019